UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LYDIA LOUISE GONZALES, <br> Plaintiff, <br> v. <br> ANDREW M. SAUL, Commissioner of Social Security, <br> Defendant. | No. 5:18-cv-01324-JDE <br><br> ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 25), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $2,185.09 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: August 07, 2019

_____
JOHN D. EARLY
United States Magistrate Judge